BROWN'S CASE.

bayou Manchac.    An impediment existing there-
to, to wit : the possession of the country by the
armed force of Spain.    *Inter arma silent leges.*
The impediment is now generally removed, and
exists only in a small corner: and the United
States are now *de facto* in possession; their flag
is displayed in it.    The chief executive magis-
trate of the territory, and his officers, as well as
the inferior judicial magistrates, exercise peace-
fully their respective powers.    This court can-
not refuse to recognise the inhabitants as intitled
to the protection of, and subject to the laws of
the territory.

ATTACHMENT SET ASIDE.

*Ellery* for the plaintiff.
*Alexander* for the defendant.

---

### BROWN'S CASE.

A dishonest
debtor is not en-
titled to relief,
under the insol-
vent laws.

ON application to one of the judges, at his
chambers, an order was obtained for a meeting
of this man's creditors, and for a stay of all pro-
ceedings against him.

*Porter*, in behalf of D. Clark, one of the cre-
ditors, read an affidavit, stating that Brown had
fraudulently departed from this territotry, carry-
ing off large sums of money belonging to the
United States, and several individuals, and had
been arrested in London, on application of the
minister of the United States, and having obtain-

ed his liberty, by surrendering the moneys at that time in his hands, had returned to this territory—that his having held the office of collector of the customs, for a long time before his departure, was a circumstance which precluded the possibility of his having met with mercantile losses, and it was not known that any particular misfortune had lessened his ability to discharge his debts.

A rule to show cause why the order for the stay of the proceedings should not be rescinded was granted, and

No counter-affidavit being offered :

*By the Court.* The relief granted by the legislature to insolvent debtors is not to be extended to dishonest ones.

THE voluntary surrender is a benefit which the law grants to the *honest but unfortunate* debtor. *Civil Code*, 194, *art.* 107.

HUMANITY, as well as policy, requires that relief in certain cases should be afforded to the *honest and unfortunate* debtor, who, from loss or misfortune in trade, may be unable to pay or satisfy the debt for which he is confined. *Preamble to the act of* 1808, *chap.* 10.

So that whether application be made to stop the pursuits of creditors, or liberate the debtor from prison, relief is to be extended to those who are both *honest and unfortunate.* Honesty alone will not be a title, if the debtor has come

to his ruin by his own imprudence, without mis-fortune.

THE preamble of the act goes further. Justice equally demands that due care should be taken to prevent the fraudulent debtor from availing himself of that relief, and thereby depriving the honest and industrious part of the community of their property.

IN this case, the debtor is charged with positive fraud and dishonesty. The fact is not denied. He is unable to account for his alleged inability to meet his engagements, on the score of accident or misfortune. He solicits that relief which the legislature has provided for the honest and unfortunate. He does not enter the sanctuary of the justice of his country with clean hands; its ministers must answer, *Procul, procul estote, prophani.*

